March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

Deivy Sanchez,

Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

21 Mag 3770 ( ) ( )

Defendant __Deivy Sanchez__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

- [x] Initial Appearance/Appointment of Counsel

- [ ] Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

- [ ] Preliminary Hearing on Felony Complaint

- [x] Bail/Revocation/Detention Hearing

- [ ] Status and/or Scheduling Conference

- [ ] Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature  [Clay H. Kaminsky for Deivy Sanchez]
(Judge may obtain verbal consent on Record and Sign for Defendant)

_____
Defense Counsel's Signature

Deivy Sanchez
Print Defendant's Name

Clay H. Kaminsky
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

4/7/21
Date

_____
Stewart D. Aaron
U.S. Magistrate Judge